In THE UNITED STATES DISTRICT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jerome Washington
       Plaintiff
   V.

Chris Rozich; C. Grenovich,
Individually and In their Official
Capacities,     Defendants

RECEIVED SEP 26 2014
FILED SEP 26 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

14 5561

Complaint
42 U.S.C Section 1983
Trial By Jury Demanded

① All administrative Remedies Have been exhausted. that were available in this Matter. I filed a grievance on each incident that is Stated Herein this Complaint and they were Never Responded to.

② I am the Plaintiff, Jerome Washington, and I am a State prisoner at Graterford.

③ The Defendants are state employees that work at Graterford, Chris Rozich and C. Grenovich, a Counselor and Guard with the Rank of Sergeant.

④ The Defendant Violated the 8th, 5th and 14th Amendments to the U.S. Constitution and Issued a Compaign of Harassment against me for years which still goes on til this very day.

⑤ On 1/8/13 Rozich Stated to Guards that I was Being Raped the day of my Misconduct Hearing and thats why I'd Been Bleeding anally and walking the way I was, It was Because people were Having sex with me and Blowing my Back out.

⑥ On 1/9/14 Rozich Called me a Rapist whose going to do 85% of my time and Rot In jail and die Before I get out, and then Stated I was a Mental Health Nigger.

⑦ On 3/6/14 Rozich announced to the unit (IB) that I do sexual Favors.

⑧ On 3/11/14 Rozich denied me a food Tray.

⑨ On July 18 or 19, 2013, Rozich threatened me By stating If I Come Back to the newside of the prison, He'll Keep placing me In the R.H.U

⑩ On or about 6/18/14 Rozich told me, He Has six years to Retire, and He's organizing guards to start a campaign of Harassment

(11) On 9/17/14 Rozich antagonized me in a sarcastic manner, stating, I can't get out of the R.H.U because of his misconducts.

(12) On 1/9/14 Rozich told me He would have the last laugh pertaining to anything I write against Him, ie, Grievance, Request slips, etc, while I'm in General population at Graterford.

(13) On another occasion Rozich stated other inmates raped me, embarrassing and Ridiculing me.

(14) On 3/14/14 Rozich organized the prison C.E.R.T Team to come get me from the Medical dept., than stated He puts me in the Hole Because He personally doesn't like me and I can't do anything about it and He sends me to the Hole Because He has the power to.

(15) Rozich on several occasions told other Guards I'am a Faggot - Retard and Helpless; He's not giving me clothes Because I keep going to the R.H.U for Being a Dummy and He dislikes me, and He's not giving me shit and get the fuck away from the supply Room Before He sends my Retarded ass Back to the R.H.U and that I can't Receive Shit on His watch.

(16) On 3/13/14 Rozich in front of the Kitchen stated that just Because I'am a mental Health guy I think I can do what I want, He told me He was going to make my life a Living Hell.

(17) On another occasion Rozich stated, I'm nobody, I can't even Read, so How can I do anything to Him.

(18) On another occasion on Lower-I-unit Rozich stated to A Guard, what the fuck am I doing down Here, Extorting people, and He should issue me a misconduct for Being at the wrong place when will I learn, then He called me a Retard.

19) Rozich, Grenovich and Dr. Martinez Had me taken off of my mental Health medication So I can Stay In the R.H.U. I'am In the R.H.U Right now Because of this.

20) Grenovich on several Occasions Has made sexual advances toward me, mentioned sexual acts toward me, and threatened to Have me Removed from this prison and sent to the Special management unit If I don't do all of my R.H.U time.

21) Everyday I see Grenovich and Rozich they call me Names, Have me Harassed, Have me Hand Cuffed or Stopped for no Reason In General population, or Issued a Misconduct.

22) This is an Extreme Campaign of Harassment In detailed order. If I wrote down all of the Incidents these two put me through it'd Be 100 pages or more of Complaint.

23) I want $ 1,000,000 (million) dollars In damages.

24) I Hereby verify the foregoing Document is made pursuant to the penalties of perjury.

25) I Request Informa pauperis status, I'am poor.

Date: 9/22/14

Jerome Washington
Jerome Washington
HV0282. Box 244
Graterford, PA 19426

# INMATE TRUST FUND CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

    I certify that the petitioner: _Jerome Washington HV0282_ has the sum of $ _-120.20_ on account to his credit at the State Correctional Institution-Graterford, where he is confined.

    I further certify that the petitioner likewise has the following securities to his credit according to the records of said. _N/A_

Institutions:

_____

_____

_____

_Sharon Bo_ _Inmate Acct Assist_.       9/24/2014
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL    DATE



## Integrated Offender Case Management System
## Offender Transaction History

9/24/2014 2:07:48 PM

shbean

**From Date:** 3/1/2014 12:00:00 AM  **To Date:** 9/24/2014 12:00:00 AM
**Sort By:** Transaction Date - ASC

| Batch# | Txn Date | Txn Description | Txn Amount ($) | Balance After Transaction($) | Details |
|---|---|---|---|---|---|
| Offender ID: 8582AA | Case ID: HV0282 | Offender Name: WASHINGTON, JEROME | | | Location: J-D-1001-01 |
| Escrow Balance: 0.00 | Current Balance: -120.20 | Institution: Graterford | | | |
| GRA-023411 | 04/24/2014 | 41 - Medical Co-Pay | -5.00 | -64.72 | Co-pay for 04/10/14 |
| GRA-023411 | 04/24/2014 | 41 - Medical Co-Pay | -10.00 | -74.72 | Co-pay for 04/14/14 |
| GRA-023503 | 05/01/2014 | 41 - Medical Co-Pay | -5.00 | -79.72 | Co-pay for 04/26/14 |
| GRA-023503 | 05/01/2014 | 41 - Medical Co-Pay | -5.00 | -84.72 | Co-pay for 04/27/14 |
| GRA-023615 | 05/12/2014 | 41 - Medical Co-Pay | -5.00 | -89.72 | Co-pay for 05/06/14 |
| GRA-023715 | 05/19/2014 | 41 - Medical Co-Pay | -5.00 | -94.72 | Co-pay for 05/11/14 |
| GRA-023909 | 06/03/2014 | 41 - Medical Co-Pay | -5.00 | -99.72 | Co-pay for 05/24/14 |
| GRA-023909 | 06/03/2014 | 41 - Medical Co-Pay | -5.00 | -104.72 | Co-pay for 05/25/14 |
| GRA-024919 | 08/27/2014 | 41 - Medical Co-Pay | -5.00 | -109.72 | Co-pay 08/09/14 |
| GRA-025193 | 09/23/2014 | 41 - Medical Co-Pay | -10.00 | -119.72 | for Co-pay 09/09/14 |
| GRA-025198 | 09/23/2014 | 37 - Postage | -0.48 | -120.20 | 09/22/14 |

SCI Graterford  Page 1 of 1
Sherrill Bee
Inmate Acct Assist